William Leith Paschall, pro se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

William Leith Paschall appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Paschall v. Angelone,* No. CA–01–219 (E.D.Va. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Michael Aaron Little, pro se. Andrea L. Smith, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Michael Aaron Little appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Little v. Gunja,* No. CA–01–820–JFM (D.Md. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Michael Aaron LITTLE, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, Federal Correctional Institution–Cumberland, Respondent–Appellee.**

No. 01–7185.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

**James Lamont MADISON, Petitioner–Appellant,**

v.

**E.E. WRIGHT, Warden, Respondent–Appellee.**

No. 01–7201.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.